# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 8, 2023

Lyle W. Cayce
Clerk

_____

No. 22-20525

_____

MARCUS ANDERSON; REED CLARK,

*Plaintiffs—Appellees*,

*versus*

CHRISTOPHER DIAZ,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-4920

_____

Before HIGGINBOTHAM, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

AFFIRMED. Appellant has not identified any reversible error of law with the district court's denial of summary judgment. *See* 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.